THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>Defendant | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   February 10th, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for January 6th, 2011 at 9:00 a.m. is continued to February 10th, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including February 10th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  January 3rd, 2011          By:    /s/  Thomas A. Johnson
                                                          THOMAS A. JOHNSON
                                                          Attorney for Defendant
                                                          GREGORY PAUL AGUIRRE

///

- 1 -

1  DATED:  January 3rd, 2011                           BENJAMIN WAGNER
2                                                                      United States Attorney

3                                                              By:     /s/   Michelle Prince
                                                                       MICHELLE PRINCE
4                                                                      Assistant U.S. Attorney

5

6
7  **IT IS SO ORDERED.**

8  Dated:  January 31, 2011

9
                                                           _____
10                                                          MORRISON C. ENGLAND, JR
                                                            UNITED STATES DISTRICT JUDGE
11