THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>          Defendant | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   March 24th, 2011<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for February 10th, 2011 at 9:00 a.m. is continued to March 24th, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including February 10th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  February 7th, 2011                    By:    /s/  Thomas A. Johnson
                                                     THOMAS A. JOHNSON
                                                     Attorney for Defendant
                                                     GREGORY PAUL AGUIRRE

///

1  DATED:  February 7th, 2011                BENJAMIN WAGNER
                                             United States Attorney
2
                                       By:   /s/   Michelle Prince
3                                            MICHELLE PRINCE
                                             Assistant U.S. Attorney
4

5

6
      **IT IS SO ORDERED.**
7
   DATED:  February 8, 2011
8

9                                            _____
10                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE
11