THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>         Defendant | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   April 28th, 2011<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 24th, 2011 at 9:00 a.m. is continued to April 28th, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including April 28th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  March 21st, 2011                    By:    /s/  Thomas A. Johnson
                                                                          THOMAS A. JOHNSON
                                                                          Attorney for Defendant
                                                                          GREGORY PAUL AGUIRRE

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

1 | DATED:  March 21st, 2011

  BENJAMIN WAGNER
  United States Attorney

  By:  /s/ Michelle Prince
  MICHELLE PRINCE
  Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: March 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com