THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>       Defendant | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:    June 23rd, 2011<br>Time:    9:00 a.m.<br>Judge:   Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 5th, 2011 at 9:00 a.m. is continued to June 23rd, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.  Mr. Johnson is currently in a three defendant homicide trial in state court that is expected to last until May 12th, 2011.

It is further stipulated that the period from the date of this stipulation through and including June 23rd, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  April 22nd, 2011                          By:     /s/  Thomas A. Johnson
                                                                            THOMAS A. JOHNSON
                                                                            Attorney for Defendant
                                                                            GREGORY PAUL AGUIRRE

1  ///

2  DATED:  April 22nd, 2011                              BENJAMIN WAGNER
                                                         United States Attorney

                                                  By:    /s/ Michelle Prince
                                                         MICHELLE PRINCE
                                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE