THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>        Defendant | Case No.: 2:10-cr-00445-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   July 28th, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for June 23rd, 2011 at 9:00 a.m. is continued to July 28th, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to conduct further investigation and for sufficient time to consider plea agreement.

It is further stipulated that the period from the date of this stipulation through and including July 28th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  June 22nd, 2011                    By:   /s/  Thomas A. Johnson
                                                                       THOMAS A. JOHNSON
                                                                       Attorney for Defendant
                                                                       GREGORY PAUL AGUIRRE

///

DATED:  June 22nd, 2011                             BENJAMIN WAGNER
                                                                                United States Attorney

                                                                      By:    /s/ Thomas A. Johnson for____
                                                                                MICHELLE PRINCE
                                                                                Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: June 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE