THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>　　　　Defendant | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:　October 27th, 2011<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for September 6th, 2011 at 9:00 a.m. is continued to October 27th, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel. Mr. Johnson and the Assistant United States Attorney are currently trying to resolve the case.

　　　It is further stipulated that the period from the date of this stipulation through and including October 27th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED: September 1st, 2011　　　　　　　　　　　By:/s/  Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY PAUL AGUIRRE

1 ///

2 DATED:  September 1st, 2011

          BENJAMIN WAGNER
          United States Attorney

    By:  /s/  Michelle Prince
         MICHELLE PRINCE
         Assistant U.S. Attorney

### ORDER

For the reasons stated above, the status conference in this matter, currently September 6, 2011, is continued to October 27, 2011 at 9:00 a.m.; and the time beginning September 1, 2011, and extending through October 27, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation and plea negotiations. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C.§ 3161 (h)(7)(A) and  (B)(iv).  In all future stipulations such as this one, counsel is advised to cite to the correct section of the United States Code governing exclusions of time from the Speedy Trial Act.

IT IS SO ORDERED.

September 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE