THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>            Defendant | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:     February 2, 2012<br>Time:    9:00 a.m.<br>Judge:   Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for December 8, 2011, at 9:00 a.m. is continued to February 2, 2012, at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel. Mr. Johnson and the Assistant United States Attorney are currently trying to resolve the case.

It is further stipulated that the period from the date of this stipulation through and including February 2, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

///

///

///

1 | **IT IS SO STIPULATED.**

2 |

3 | DATED:  December 6, 2011    By:  /s/  Thomas A. Johnson
    THOMAS A. JOHNSON
4 |                                                                                Attorney for Defendant
    GREGORY PAUL AGUIRRE

5 | DATED:  December 6, 2011           BENJAMIN WAGNER
                                                                                  United States Attorney
6 |
                                                                           By:  /s/  Thomas A. Johnson  for
7 |                                                                                MICHELLE PRINCE
                                                                                  Assistant U.S. Attorney
8 |

11 | **IT IS SO ORDERED.**

12 | Dated:  December 12, 2011

    _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE