THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>GREGORY AGUIRRE,<br>    Defendant | ) Case No.: 2:10-cr-00445-MCE<br>)<br>) STIPULATION AND ORDER TO<br>) VACATE MOTION HEARING AND<br>) SET STATUS CONFERENCE<br>)<br>) Date:   July 12, 2012<br>) Time:   9:00 a.m.<br>) Judge:  Hon. Morrison C. England, Jr.<br>)<br>) |
|---|---|

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Motion Hearing scheduled for May 3, 2012, at 9:00 a.m. is to be vacated from the Court's calendar and a Status Conference is to be scheduled for July 12, 2012, at 9:00 a.m. Thomas A. Johnson, Defendant's attorney, and Michelle Prince, Assistant United States Attorney, agree and stipulate to dropping the matter from the calendar.  It was the decision of Defendant's attorney that no motions be filed at this time.  Nonetheless, the time to review and consider the appropriate motions was needed for preparation of counsel.  All parties stipulate and agree that the ends of justice are served by the dropping of the Motion Hearing and setting of the Status Conference outweigh the best interest of the public and Defendants in a speedy trial.

///

///

It is further stipulated that the period from the date of this stipulation through and including July 12, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATE:  May 1, 2012        By:    /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Defendant
                                 GREGORY AGUIRRE

DATE:  May 1, 2012        By:    BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/   Thomas A. Johnson for
                                 MICHELLE PRINCE
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  May 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE