THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-00445-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE |
| vs. | ) Date:  September 27, 2012 |
| GREGORY PAUL AGUIRRE, | ) Time:  9:00 a.m.<br>) Judge:  Hon. Morrison C. England, Jr. |
| Defendant | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for August 23, 2012 at 9:00 a.m. is continued to September 27, 2012 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel. Mr. Johnson and the Assistant United States Attorney are trying to resolve the case.

It is further stipulated that the period from the date of this stipulation through and including September 27, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and (h)(7)(B)(iv), and Local Codes T2 and T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER          - 1 -

| | | |
|---|---|---|
| DATED: August 21, 2012 | By: | /s/  Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>GREGORY PAUL AGUIRRE |
| DATED: August 21, 2012 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/   Michelle Prince<br>MICHELLE PRINCE<br>Assistant U.S. Attorney |

## ORDER

**IT IS HEREBY ORDERED:** That the Status Conference scheduled for August 23, 2012, is continued to September 27, 2012.  It is further ORDERED that the time under the Speedy Trial Act between today's date and September 27, 2012, is excluded under Local Codes T-2 and T-4, and 18 U.S.C. § 3161(h)(7)(B)(ii) and 18 U.S.C. § 3161(h)(7)(B)(iv), to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through September 27, 2012.

Dated:  August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE