THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Gregory Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>GREGORY PAUL AGUIRRE,<br>        Defendant. | Case No.: 2:10-CR-00445-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br><br>Date:   2/14/13<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 24, 2013, at 9:00 a.m. is continued to February 14, 2013, at 9:00 a.m. in the same courtroom.  The continuance is requested because defense counsel recently received the draft Pre-Sentence Report (PSR) and needs additional time to prepare.  Michelle Prince, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  January 4, 2013          By:       /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          GREGORY AGUIRRE

1

1 | DATED:  January 4, 2013                     BENJAMIN B. WAGNER
2 |                                             United States Attorney
3 |                                      By:    /s/ Thomas A. Johnson for
  |                                             MICHELLE PRINCE
4 |                                             Assistant United States Attorney

5 | **IT IS SO ORDERED.**

6 |

7 | Dated:  January 8, 2013

8 | _____
9 | MORRISON C. ENGLAND, JR., CHIEF JUDGE
  | UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

2

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY PAUL AGUIRRE,<br><br>　　　　Defendant. | Case No.: 2:10-CR-00445-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | October 11, 2012 |
| | (Date of Plea or Verdict) |
| Judgment and Sentencing date: | February 14, 2013 |
| Reply or Statement | February 7, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 31, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 24, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 17, 2013 |