**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:　530.759.0700
　Facsimile:　　530.759.0800

Attorney for Defendant-Appellant
GREGORY PAUL AGUIRRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY PAUL AGUIRRE, <br><br> Defendant. | **D.C. Case No.: 2:10-CR-445 MCE** <br><br> **C.A. NO.:** 13-10108 <br><br> **APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |

Pursuant to Order issued by the Ninth Circuit Court of Appeals on August 26, 2013, remanding the above-captioned case for re-sentencing, Defendant-Appellant GREGORY PAUL AGUIRRE, by and through his court-appointed appellate counsel, Joseph J. Wiseman, hereby moves this Court for an Order appointing Mr. Wiseman as counsel of record for all further proceedings in the District Court.

/ / / / /

/ / / / /

/ / / / /

---

Application and Order for
Appointment of Counsel

Case No.: 10-CR-445 MCE

Undersigned counsel has received approval from the Office of the Federal Defender for this appointment.

Dated: August 9, 2013                    Respectfully submitted,

                                                WISEMAN LAW GROUP, P.C.

                                                By:      /s/ Joseph J. Wiseman
                                                       JOSEPH J. WISEMAN

                                              Attorney for Defendant-Appellant
                                              GREGORY PAUL AGUIRRE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Joseph J. Wiseman be appointed as counsel of record for Defendant-Appellant GREGORY PAUL AGUIRRE for all proceedings in the District Court, pursuant to the remand order issued by the Ninth Circuit Court of Appeals in the above-captioned case.

**IT IS SO ORDERED**.

Dated: August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT