**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone: 530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
GREGORY PAUL AGUIRRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>  Defendant. | **Case No.: 2:10-CR-00445 MCE**<br><br>**COA Case No:** 13-10108 USCA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: April 3, 2014<br>Time: 9:00 a.m.<br>Ctrm: Hon. Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michele Beckwith, Assistant United States Attorney, and Joseph J. Wiseman, attorney for GREGORY PAUL AGUIRRE, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 13, 2014 at 9:00 a.m., be rescheduled to, April 3, 2014, at 9:00 a.m.

   Pursuant to this stipulation, the draft Presentencing Report shall be available for counsel by February 20, 2014; Informal Objections shall be due March 6, 2014; final Presentence Report shall be filed with the Court by March 13, 2014; Defendant's Motion to Correct the Presentence Report shall be due on March 20, 2014; and the government's Opposition/Reply to said motion shall be due on March 27, 2014.

1

The parties are requesting this continuance to allow probation additional time to prepare a draft PSR.

IT IS SO STIPULATED.

Dated: February 13, 2014          Respectfully submitted,

                                          WISEMAN LAW GROUP, P.C.

                                          By:   /s/ Joseph J. Wiseman
                                                JOSEPH J. WISEMAN

                                                Attorney for Defendant
                                                GREGORY PAUL AGUIRRE

Dated:  February 13, 2014          BENJAMIN B. WAGNER
                                                United States Attorney

                                                By:  /s/ Michele Beckwith
                                                MICHELE BECKWITH
                                                Assistant U.S. Attorney
                                                Attorney for the United States

ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 3, 2014, at 9:00 a.m. and the other dates adjust as noted by stipulation above.

IT IS SO ORDERED.

Dated:  February 18, 2014

                                                _____
                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT