**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:    530.759.0800

**Attorney for Defendant**
GREGORY PAUL AGUIRRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>            Defendant. | **D.C. Case No.:** 10-CR-445 MCE<br><br>**C.A. NO.:** 13-10108<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: April 3, 2014<br>Time: 9:00 a.m.<br>Ctrm: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Michele Beckwith, Assistant United States Attorney, and Joseph J. Wiseman, attorney for GREGORY PAUL AGUIRRE, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for April 3, 2014 at 9:00 a.m., be rescheduled to, April 24, 2014, at 9:00 a.m.

Pursuant to this stipulation, the final Presentence Report shall be filed with the Court by March 27, 2014; Defendant's Motion to Correct the Presentence Report shall be due on April 10, 2014; and the government's Opposition/Reply to said motion shall be due on April 17, 2014.

The parties are requesting this continuance to allow probation additional time to prepare a final PSR.

IT IS SO STIPULATED.

Dated: March 13, 2014                    Respectfully submitted,

                                                    WISEMAN LAW GROUP, P.C.

                                                  By:    /s/ Joseph J. Wiseman
                                                          JOSEPH J. WISEMAN

                                                  Attorney for Defendant
                                                  GREGORY PAUL AGUIRRE

Dated:  March 13, 2014                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  By: /s/ Michele Beckwith
                                                  MICHELE BECKWITH
                                                  Assistant U.S. Attorney
                                                  Attorney for the United States

**PROPOSED ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 24, 2014, at 9:00 a.m. and the other dates adjust as noted by stipulation.

**IT IS SO ORDERED**.

Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT