**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
GREGORY PAUL AGUIRRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>            Defendant. | **D.C. Case No.: 10-CR-445 MCE**<br><br>**C.A. NO.:** 13-10108<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:  June 19, 2014<br>Time:  9:00 a.m.<br>Ctrm:  Hon. Morrison C. England, Jr. |

     IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Michele Beckwith, Assistant United States Attorney, and Joseph J. Wiseman, attorney for GREGORY PAUL AGUIRRE, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for April 24, 2014 at 9:00 a.m., be rescheduled to, June 19, 2014, at 9:00 a.m.

     Pursuant to this stipulation, Defendant's Motion to Correct the Presentence Report shall be due on June 5, 2014; and the Government's Opposition/Reply to said motion shall be due on June 12, 2014.

The parties are requesting this continuance to give Defendant additional time to address final the PSR received on April 3, 2014 and to accommodate counsels' schedule.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 11, 2014 | Respectfully submitted, |
| | WISEMAN LAW GROUP, P.C. |
| | By:  /s/ Joseph J. Wiseman |
| | JOSEPH J. WISEMAN |
| | Attorney for Defendant |
| | GREGORY PAUL AGUIRRE |
| Dated: April 11, 2014 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | By: /s/ Michele Beckwith |
| | MICHELE BECKWITH |
| | Assistant U.S. Attorney |
| | Attorney for the United States |

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to June 19, 2014, at 9:00 a.m. and the other dates adjust as noted by stipulation.

**IT IS SO ORDERED**.

Dated: April 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT