1  HEATHER E. WILLIAMS, #122664
2  Federal Defender
   HANNAH R. LABAREE, #294338
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: 916-498-5700/Fax 916-498-5710
5

6  Attorneys for Defendant
   GREGORY PAUL AGUIRRE
7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            )   Case No. 2:10-cr-445-MCE
                                        )
11              Plaintiff,              )   JOINT STATUS REPORT AND PROPOSED
                                        )   ORDER RESCHEDULING BRIEFING ON
12       v.                             )   THE NINTH CIRCUIT'S MANDATE;
                                        )   ORDER
13 GREGORY PAUL AGUIRRE,                )
                                        )   Date:  February 2, 2017
14              Defendant.              )   Time: 10:00 a.m.
                                        )   Judge: Hon. Morrison C. England, Jr.
15 _____)

16

17        Pursuant to this Court's order entered November 3, 2016, defendant Gregory Paul

18 Aguirre, by and through counsel, Assistant Federal Defender Hannah R. Labaree, and the United

19 States of America, by and through counsel, Assistant United States Attorney Michele M.

20 Beckwith, respectfully submit the following joint status report and request that the Court enter

21 the proposed order.  This joint status report is in response to the Ninth Circuit's mandate in case

22 number 14-10352 (*United States v. Gregory Aguirre*), filed October 20, 2016 (CR 98).

23        Undersigned counsel hereby request that the Court approve the stipulated briefing

24 schedule and hearing date to address the Ninth Circuit's ruling.  Mr. Aguirre will not exercise his

25 right to be present at the hearing.  Defense counsel will file a signed Waiver of Appearance on

26 the record prior to the date of the requested hearing.

27 / / /

28

   Joint Status Report

1      The parties agree that simultaneous briefing shall be filed on or before January 19, 2017,

2  that any response by either party be filed on or before January 26, 2017, and that a hearing on

3  this matter be held on February 2, 2017 at 10:00 a.m. before the Honorable Morrison C. England,

4  Jr.

5  Dated:  November 9, 2016

6                                                        Respectfully submitted,

7                                                        HEATHER E. WILLIAMS
                                                         Federal Defender

8                                                        /s/ *Hannah R. Labaree*
9                                                        HANNAH R. LABAREE
                                                         Assistant Federal Defender
10                                                       Attorney for Defendant
11                                                         GREGORY PAUL AGUIRRE

12  DATED:  November 9, 2016                   PHILLIP A. TALBERT
                                                         Acting United States Attorney
13

14                                                       /s/ *Michele M. Beckwith*
                                                         MICHELE M. BECKWITH
15                                                       Assistant U.S. Attorney
                                                         Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report

1

## **ORDER**

2

    GOOD CAUSE appearing, it is HEREBY ORDERED that simultaneous briefing shall be

3

filed on or before January 19, 2017 and that optional response by either party be filed on or

4

before January 26, 2017.   It is further ordered that the matter shall be heard on February 2, 2017

5

at 10:00 a.m.

6

    IT IS SO ORDERED.

7

8

Dated:  November 14, 2016

9

10

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report