HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #194338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
GREGORY PAUL AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-445 MCE |
|---|---|
| Plaintiff, | REQUEST FOR RULE 43 WAIVER FOR PLEA |
| vs. | |
| GREGORY PAUL AGUIRRE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Gregory Paul Aguirre, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter.  Mr. Aguirre agrees that his interests shall be represented at all times by the presence of his attorney, Hannah R. Labaree from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Aguirre were personally present.  This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Mr. Aguirre is currently serving a 188 month federal sentence.

/ / /

/ / /

/ / /

/ / /

Waiver of Appearance                                          -1-

Dated: December 5, 2016

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Hannah R. Labaree*
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GREGORY PAUL AGUIRRE

    I consent to the above.

Dated: November 22, 2016       */s/ Gregory Aguirre*
                                        GREGORY PAUL AGUIRRE
                                        Defendant
                                        (Original signature retained by counsel)

                                        ORDER

    For good cause appearing, the Court grants the Defendant's request for waiver of his personal appearance for any appearance and all proceedings in this matter.

    IT IS SO ORDERED.

Dated: January 4, 2017

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE