HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
GREGORY PAUL AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-445-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE |
| v. | |
| GREGORY PAUL AGUIRRE, | |
| Defendant. | |

On November 14, 2016, this Court granted the parties' joint request to set a briefing schedule in the above-encaptioned case.  Pursuant to Local Rule 144, the parties hereby request that the deadlines for briefing be extended, such that the simultaneous briefing shall be filed on or before **February 9, 2017**; that any response by either party be filed on or before **February 16, 2017**; and that a hearing on this matter be held on **February 23, 2017 at 10:00 a.m**. before the Honorable Morrison C. England, Jr.

Dated:  January 18, 2017

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                /s/ *Hannah R. Labaree*
                HANNAH R. LABAREE
                Assistant Federal Defender
                Attorney for Defendant
                GREGORY PAUL AGUIRRE

1

| | | |
|---|---|---|
| 1 | DATED:  January 18, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Michele M. Beckwith<br>MICHELE M. BECKWITH |
| 4 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

2

**ORDER**

Pursuant to the parties' joint request and Local Rule 144, and good cause appearing therefore, it is hereby ordered that simultaneous briefing shall be filed on or before February 9, 2017. Any response by either party shall be filed on or before February 16, 2017. The February 2, 2017, status conference is VACATED, and a motion hearing shall be set on February 23, 2017 at 10:00 a.m. before the Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: January 19, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE