HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
GREGORY PAUL AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-445-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE |
| v. | ) | |
| GREGORY PAUL AGUIRRE, | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 144, the parties hereby request that the deadlines for briefing be extended, such that the simultaneous briefing shall be filed on or before **March 9, 2017**; that any response by either party be filed on or before **March 16, 2017**; and that a hearing on this matter be held on **March 23, 2017 at 10:00 a.m**. before the Honorable Morrison C. England, Jr.

Dated: February 8, 2017

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ *Hannah R. Labaree*
                                                  HANNAH R. LABAREE
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  GREGORY PAUL AGUIRRE

1  DATED:  February 8, 2017          PHILLIP A. TALBERT
                                     United States Attorney
2
                                     /s/ Michele M. Beckwith
3                                    MICHELE M. BECKWITH
                                     Assistant U.S. Attorney
4                                    Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the parties' joint request and Local Rule 144, and good cause appearing therefor, it is hereby ordered that simultaneous briefing shall be filed on or before **March 9, 2017**; that any response by either party be filed on or before **March 16, 2017**; and that a hearing on this matter be held on **March 23, 2017 at 10:00 a.m**. before the Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

Dated:  February 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE