PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-445 MCE |
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF SPECIAL CONDITION OF SUPERVISED RELEASE |
| v. | |
| GREGORY PAUL AGUIRRE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 3, 2014, this Court sentenced the defendant to 188 months in prison, which is to be followed by a 120-month term of supervised release. The Court imposed various standard and special conditions of supervised release.

2. The defendant filed a timely notice of appeal. On appeal, he challenged both the length and reasonableness of his term of imprisonment, as well as various terms of supervised release, including special condition number 10, which provides as follows:

> The defendant shall provide all requested business/personal phone records to the probation officer. The defendant shall disclose to the probation officer any existing contracts with telephone line/cable service providers. The defendant shall provide the probation officer with written authorization to request a record of all outgoing or incoming phone calls from any service provider.

3. On April 5, 2016, the Ninth Circuit Court of Appeals affirmed the sentence and the special conditions imposed, except for a single clause of special condition number 10. *See* ECF No. 96. In particular, the Court took issue with the phrase regarding the monitoring of "all outgoing or incoming phone calls," concluding that such a requirement had "no justification in the record." *Id.*

4. As a result of negotiations between the parties following a review of the record in this case, the parties hereby stipulate to modify special condition number 10 as follows, and to recommend and ask the Court to adopt the modification:

> Upon the request of the probation officer, the defendant shall provide the probation officer with all business/personal phone records, and, upon request of the probation officer, shall disclose to the probation officer any existing contracts with telephone line/cable service providers. Upon the request of the probation officer, the defendant shall provide the probation officer with written authorization to request all such records from any service provider.

5. The parties stipulate and agree that the special condition, as modified, is reasonably related to the goals of deterrence, protection of the public, and rehabilitation, and that it does not infringe his liberty more than is "reasonably necessary" to accomplish these statutory goals. *United States v. Gnirke*, 775 F.3d 1155, 1161 (9th Cir. 2015).

///

///

///

///

///

///

///

///

///

///

///

///

1  6. This proposed modification is the result of negotiations between the parties based on the record in this case and does not represent the government's position in any other case regarding similarly-worded special conditions of supervised release.

7. Based on this stipulation, the parties request that the hearing currently set for March 23, 2017, be vacated.

IT IS SO STIPULATED.

Dated:  March 6, 2017                                    PHILLIP A. TALBERT
                                                         United States Attorney

                                                          /s/ MICHELE BECKWITH
                                                         MICHELE BECKWITH
                                                         Assistant United States Attorney


Dated:  March 6, 2017                                     /s/ HANNAH LABAREE
                                                         HANNAH LABAREE
                                                         Counsel for Defendant
                                                         GREGORY PAUL AGUIRRE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-445 MCE |
|---|---|
| Plaintiff, | ORDER REGARDING MODIFICATION OF SPECIAL CONDITION OF SUPERVISED RELEASE |
| v. | |
| GREGORY PAUL AGUIRRE, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefrom, special condition number 10 of supervised release in this case shall be modified to read as follows:

> Upon the request of the probation officer, the defendant shall provide the probation officer with all business/personal phone records, and, upon request of the probation officer, shall disclose to the probation officer any existing contracts with telephone line/cable service providers. Upon the request of the probation officer, the defendant shall provide the probation officer with written authorization to request all such records from any service provider.

The hearing currently set for March 23, 2017, is vacated.

IT IS SO ORDERED.

Dated: March 10, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE